IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

Plaintiff

vs                                                    CRIMINAL 12-0075CCC

JUAN M. VAZQUEZ-DIAZ

Defendant

## ORDER

Having considered the Report and Recommendation filed on June 25, 2012 (**docket entry 38**) on a Rule 11 proceeding of defendant Juan M. Vázquez-Díaz held before U.S. Magistrate Judge Marcos E. López on June 22, 2012, to which no objection has been filed, the same is APPROVED.  Accordingly, the plea of guilty of defendant is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since June 22, 2012.   The **sentencing hearing is set for September 20, 2012 at 4:15 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on July 17, 2012.

S/CARMEN CONSUELO CEREZO
United States District Judge